IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MALIK IONE JAMES,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0416-CG-C |
| **DEPARTMENT OF CORRECTIONS,** et al., | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed without prejudice.

**DONE and ORDERED** this 24th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE