# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MALIK IONE JAMES,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 11-0416-CG-C |
| **DEPARTMENT OF CORRECTIONS, et al.,** | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 24th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE